122 A.3d 1033

**Edward E. STEWART, III, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 87 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 16, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Application for Leave to File Original Process, Petition for Writ of

Habeas Corpus, and Application for an Immediate Hearing are **DISMISSED.** *See Commonwealth v. Ellis,* 534 Pa. 176, 626 A.2d 1137 (1993) (holding that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.